UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF A.B., PLAINTIFF C.D., and
PLAINTIFF E.F.,
individually and on behalf of all others similarly situated,

                 Plaintiffs,

  vs.

GENESYS CLOUD SERVICES, INC.,

                 Defendant.

Case No.: 3:25-cv-03276

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS

CLASS ACTION

[PROPOSED] ORDER

WHEREFORE, having considered Plaintiffs' Motion to Proceed Under Pseudonyms, Plaintiffs' Memorandum in Support, the supporting Declaration of Bryan Weir, and for good cause,

Plaintiffs motion is GRANTED. Plaintiffs shall proceed in this action under the pseudonyms A.B., C.D., and E.F. Plaintiffs' names will appear on pleadings declarations.

IT IS FURTHER ORDERED that Defendant shall not publicly disclose Plaintiffs' identities or any information from which Plaintiffs' names or identities might be deduced, and Defendant shall redact from the record all personally identifying information regarding Plaintiffs when making submissions to this Court.

IT IS SO ORDERED

Dated: May 6, 2025

_____
Honorable United States District Court Judge
Northern District of California

- 1 -