UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF A.B., PLAINTIFF C.D., AND PLAINTIFF E.F., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GENESYS CLOUD SERVICES, INC.,<br><br>Defendant. | Case No. 3:25-cv-03276-EMC<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>[Civ. L.R. 6-1]<br><br>Judge:  Edward M. Chen<br><br>Action Filed:  April 11, 2025 |

For good cause shown, the Court hereby grants the parties' joint stipulation to extend extending Plaintiffs' time to respond to Defendants' Motion to Dismiss and request for Judicial Notice. Plaintiff shall respond to Defendant's Motion to Dismiss and Request for Judicial Notice no later than **August 7, 2025**. Defendant shall file its Reply in Support of the Motion to Dismiss and Request for Judicial Notice no later than **August 28, 2025**.

**IT IS SO ORDERED.**

Dated: July 22, 2025

_____
Hon. Edward M. Chen
United States District Judge