1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  EMILY TSURUE YAMASHIRO MCKENNA (CA
   SBN 357101)
3  EMcKenna@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, CA 94105, USA
5  Telephone:   415.268.7000
   Facsimile:   415.268.7522
6
   ELISABETH HUTCHINSON [*Pro Hac Vice*]
7  EHutchinson@mofo.com
   MORRISON & FOERSTER LLP
8  4200 Republic Plaza, 370 Seventeenth Street
   Denver, Colorado 80202-5638
9  Telephone:   303.592.1500
   Facsimile:   303.592.1510
10
   Attorneys for Defendant
11 GENESYS CLOUD SERVICES, INC.

12 BRYAN WEIR (CA SBN 310964)
   bryan@consovoymccarthy.com
13 CONSOVOY MCCARTHY PLLC
   1600 Wilson Blvd., Ste. 700
14 Arlington, VA 22209
   Telephone:   703.243.9423
15 Facsimile:   703.243.8696

16 Attorney for Plaintiffs
   PLAINTIFFS A.B., C.D., and E.F.

17

18                     UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| PLAINTIFF A.B., PLAINTIFF C.D., AND PLAINTIFF E.F., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                   Plaintiffs,<br><br>        v.<br><br>GENESYS CLOUD SERVICES, INC.,<br><br>                   Defendant. | Case No. 3:25-cv-03276-EMC<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**<br><br>Judge: Edward M. Chen<br><br>Action Filed: April 11, 2025 |

Plaintiffs A.B., C.D., and E.F. and Defendant Genesys Cloud Services, Inc. (the "Parties") hereby submit this Notice of Settlement and Joint Motion to Stay. Pursuant to this Court's order during the July 29, 2025 Initial Case Management Conference, the Parties participated in a full-day mediation session on December 15, 2025. The Parties have reached an agreement in principle and are working to memorialize the settlement terms.

The Parties respectfully request that the Court stay all deadlines in this matter pending the Court's consideration of Plaintiffs' anticipated motion for preliminary approval of a class settlement. The Parties expect to file a joint status report on or before February 13, 2026.

Dated: December 17, 2025                    MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
Tiffany Cheung
Elisabeth Hutchinson
Emily Tsurue Yamashiro McKenna

*Attorneys for Defendant*
GENESYS CLOUD SERVICES, INC.

Dated: December 17, 2025                    CONSOVOY MCCARTHY PLLC

By: /s/ Bryan Weir
Bryan Weir

*Attorneys for Plaintiffs*
PLAINTIFFS A.B., C.D., and E.F.

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: December 17, 2025                    MORRISON & FOERSTER LLP


By:  */s/ Tiffany Cheung*
    Tiffany Cheung
    Elisabeth Hutchinson
    Emily Tsurue Yamashiro McKenna

*Attorneys for Defendant*
GENESYS CLOUD SERVICES, INC.