1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  EMILY TSURUE YAMASHIRO MCKENNA (CA
   SBN 357101)
3  EMcKenna@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, CA 94105, USA
5  Telephone:  415.268.7000
   Facsimile:   415.268.7522
6
   ELISABETH HUTCHINSON [*Pro Hac Vice*]
7  EHutchinson@mofo.com
   MORRISON & FOERSTER LLP
8  4200 Republic Plaza, 370 Seventeenth Street
   Denver, Colorado 80202-5638
9  Telephone:  303.592.1500
   Facsimile:   303.592.1510
10
   Attorneys for Defendant
11 GENESYS CLOUD SERVICES, INC.

12 BRYAN WEIR (CA SBN 310964)
   bryan@consovoymccarthy.com
13 CONSOVOY MCCARTHY PLLC
   1600 Wilson Blvd., Ste. 700
14 Arlington, VA 22209
   Telephone:  703.243.9423
15 Facsimile:   703.243.8696

16 Attorney for Plaintiffs
   PLAINTIFFS A.B., C.D., and E.F.
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

| 21 | PLAINTIFF A.B., PLAINTIFF C.D., AND PLAINTIFF E.F., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 3:25-cv-03276-EMC |
|---|---|---|
| 22 | | [PROPOSED] **ORDER GRANTING JOINT MOTION TO STAY** |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | GENESYS CLOUD SERVICES, INC., | |
| 26 | Defendant. | |

[PROPOSED] ORDER GRANTING JT. MOT. TO STAY
CASE NO. 3:25-CV-03276-EMC

The Court, having considered Plaintiff A.B., C.D., and E.F. and Defendant Genesys Cloud Services, Inc.'s (the "Parties") Notice of Settlement and Joint Motion to Stay, and for good cause appearing, hereby GRANTS the motion. It is ORDERED that all deadlines in the above-entitled case are hereby stayed pending the Court's consideration of Plaintiffs' anticipated motion for preliminary approval of a class settlement.  **Joint status report due no later than 2/13/2026**.

Dated: December 19, 2025

_____
Hon. Edward M. Chen
United States District Judge