United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A. B., et al.,

Plaintiffs,

v.

GENESYS CLOUD SERVICES, INC.,

Defendant.

Case No. 25-cv-03276-EMC

**ORDER FOR SUPPLEMENTAL BRIEFING AND/OR EVIDENCE RE CLASS SETTLEMENT APPROVAL**

Docket No. 67

Before the Court is Plaintiffs' motion for preliminary class settlement approval. Dkt. No. 67.

Under the proposed settlement, the "Released Parties" will be released from all claims "pursuant to any theory of recovery . . . that have been or could have been asserted in the Action, including any such claims the Releasing Parties may have against the Released Parties arising out of, in whole or in part, the conduct of any other third party." Dkt. No. 67-1 at 22. "Released Parties" includes not only Defendant and related entities, but also, "without limitation, any person related to any such entity or person who is, was, or could have been named as a defendant in the Action." Dkt. No. 67-1 at 8.

Upon ordering notice under Rule 23(e)(1) to a class proposed to be certified for purposes of settlement under Rule 23(b)(3), this Court must direct to class members "the best notice that is practicable under the circumstances." Fed. R. Civ. P. 23(c)(2)(B). Under the proposed settlement, notice would be given through a digital banner on the National Domestic Violence Hotline's website and publication in newspapers throughout California. Dkt. No. 67-1 at 5. The parties have decided to provide publication notice in order to avoid potential breaches of confidentiality that may result from mailers or other forms of direct notice.

Plaintiffs shall file supplemental briefing by **August 24, 2026** addressing the following issues:

1) Whether the National Domestic Violence Hotline is a "Released Party" under the proposed settlement agreement.

2) Whether the parties considered in addition to the website banner and newspaper notices a more comprehensive plan for digital notice through social media and any further proposal in that regard.

**IT IS SO ORDERED**.

Dated: August 18, 2026

EDWARD M. CHEN
United States District Judge