**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** August 27, 2026 **Time:** 2:49-3:31
42 Minutes **Judge:** EDWARD M. CHEN

**Case No.**: 3:25-cv-03276-EMC **Case Name:** B. et al v. Genesys Cloud Services, Inc.

**Attorney for Plaintiffs:** Brian Weir
**Attorneys for Defendant:** Emily McKenna, Tiffany Cheung
**Also Present:** Benjamin Sadun, Lydia Speight

**Deputy Clerk:** Vicky Ayala **Court Reporter:** Teri Veres

**PROCEEDINGS HELD**

MOTION for Preliminary Approval of Class Action Settlement, Docket. No. 67 – Held.

**SUMMARY**

Parties stated appearances.

Plaintiffs move for preliminary approval of the class action settlement. However, the Court has several concerns about the proposed settlement, including about adequacy of notice and whether the *cy pres* award to the Hotline, a national organization, is adequately targeted to the class members, who are residents of California.

The parties shall file a supplemental brief by **September 17, 2026** with amendments to the proposed settlement. The brief shall include the following:

- A plan to publish notice in additional newspapers in California, including the *Los Angeles Times* and the *San Francisco Chronicle*. The plan should specify the duration of the advertisements to be placed in newspapers.
- An updated notice form which states an estimate of the average amount class members can expect to receive.
- An updated scope of release that clarifies that the Hotline is not a "Released Party."
- A discussion of whether it is possible not to require claimants' mailing address on the Claims Form and an updated Claims Form reflecting that change if so. The parties shall consider requiring only part of a mailing address (for instance, the street number and city), as well as not requiring a mailing address at all.
- A discussion of whether additional payment methods may be possible and an updated Claims Form reflecting that change if so.

- An updated *cy pres* award proposal such that the award will be used by the Hotline to specifically benefit domestic violence survivors in California and not be received as general funds.
- An updated timeline for class members to object to the settlement in order to ensure that class members have at least 35 days to object to the motion for attorney's fees and costs.