**CONSOVOY MCCARTHY PLLC**
Bryan Weir (Cal. Bar No. 310964)
Brandon Haase (*pro hac vice*)
1600 Wilson Blvd., Ste. 700
Arlington, VA, 22209
T: (703) 243-9423
F: (703) 243-8696
bryan@consovoymccarthy.com
brandon@consovoymccarthy.com

**BENBROOK LAW GROUP, PC**
Bradley Benbrook (Cal. Bar No. 177786)
Steve Duvernay (Cal. Bar No. 250957)
701 University Avenue, Ste. 106
Sacramento, CA 95825
T: (916) 447-4900
F: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF A.B., PLAINTIFF C.D., and PLAINTIFF E.F., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENESYS CLOUD SERVICES, INC.,<br><br>Defendant. | Case No.: 3:25-cv-03276-EMC<br><br>**JOINT SUPPLEMENTAL BRIEF PURSUANT TO ECF NO. 78**<br><br>**CLASS ACTION**<br><br>Judge: Edward M. Chen<br>Action Filed: April 11, 2025<br>Trial Date: N/A |

## JOINT SUPPLEMENTAL BRIEF PURSUANT TO ECF NO. 78

Pursuant to the Court's August 27, 2026 Order, Plaintiffs A.B., C.D., and E.F. and Defendant Genesys Cloud Services, Inc. (together, the "Parties") submit this joint supplemental brief to address the following issues: (1) Publication Notice in additional newspapers and "the duration of the advertisements to be placed in newspapers," (2) updates to the Publication Notices, (3) the exclusion of the Hotline from the definition of "Released Parties" in the Settlement Agreement, (4) the mailing

address information required on the Claim Form, (5) additional payment options for Class members determined eligible to receive a payment, (6) update of the *cy pres* award to the Hotline to "specifically benefit domestic violence survivors in California," and (7) revision of the objection deadline to allow Class Members 35 days to object to Plaintiffs' Motion for Attorneys' Fee and Expense Payment. *See* ECF No. 78 (Aug. 27, 2026) at 1-2. The Parties appreciate the opportunity to address these issues. Attached as Exhibit 1 is a revised settlement agreement executed by the parties that incorporates the changes requested by the Court, as outlined below ("Amended Settlement Agreement.").

***Additional Publication Notice.*** At the Court's direction, the Notice Plan has been amended to add publication notice in the *San Francisco Chronicle* and *Los Angeles Times*. Schwartz Supp. Dec. ¶ 4. These publications were selected to provide additional coverage. *Id.* ¶¶ 4-6.

The *San Francisco Chronicle*'s average weekday print circulation is approximately 207,419, covering the San Francisco Bay area, with additional distribution to Alameda, Contra Costa, San Mateo, and Santa Clara Counties. *Id.* ¶ 5. The *Los Angeles Times*' average weekday print circulation is approximately 174,313, covering Los Angeles, Orange, Ventura, Riverside, and San Bernardino Counties. *Id.* ¶ 6. The Publication Notice will appear as either a quarter-page or half-page notice (depending on each publication's advertising formats). *Id.* ¶ 7.

The Publication Notice will be published on or about the first, twentieth, and fortieth days of the notice period in each of the twelve agreed newspapers (including the newly added *San Francisco Chronicle* and *Los Angeles Times*, for a total of three insertions per publication and thirty-six insertions overall. *Id.*; *see* Amended Settlement Agreement § 7.2.3.

***Updated Publication Notice.*** The updated Detailed Notice and Publication Notice, attached as Exhibits B and D to the Amended Settlement Agreement, state that the Settlement Administrator estimates class members could receive an average amount of $390.00. Schwartz Supp. Dec. ¶ 8.

***Released Parties.*** The National Domestic Violence Hotline was not intended to be a "Released Party" under the proposed settlement. The Amended Settlement Agreement therefore includes the

following sentence: "For the avoidance of doubt, the National Domestic Violence Hotline is not a Released Party." Amended Settlement Agreement § O.

***Mailing address and updated Claim Form.*** To address the Court's concern about the privacy of potential Class members who submit claims, the revised Claim Form requires only the Claimant's street name and zip code rather than a full mailing address.

Although the Settlement Administrator (EisnerAmper) can administer the Settlement regardless of whether the Claim Form requires a mailing address, omitting that field entirely could result in some valid claims going unpaid and in some fraudulent or duplicate claims going undetected, which would dilute the recovery available to Valid Claimants. Schwartz Supp. Dec. ¶ 9. First, some address information is necessary because digital payments sent via PayPal and Venmo must be screened by the United States Department of the Treasury's Office of Foreign Assets Control ("OFAC") before funds are disbursed. *Id.* ¶ 10. OFAC screening can be performed without a mailing address, but address data is used to distinguish a Valid Claimant from an unrelated person with a similar name. *Id.* Without it, screening may return more false positives, and each false positive must be resolved manually before that Claimant can be paid. *Id.* For example, if a PayPal or Venmo payment is flagged and cannot be cleared, EisnerAmper would normally resort to issuing a paper check, which is impossible without a complete mailing address. *Id.* And a mailing address is often the only remaining means of reaching a Claimant whose payment fails because the email address or mobile number that the Claimant supplied is incorrect. *Id.*

Second, a mailing address improves EisnerAmper's ability to identify invalid, fraudulent, and duplicate claims. *Id.* ¶ 11-12. EisnerAmper must verify eligibility for each Claim using information supplied by Claimants, and a mailing address allows EisnerAmper to research whether a Claimant resided in California during the Class Period, as required by the Settlement. *Id.* ¶ 11. Mailing address information likewise improves EisnerAmper's ability to identify duplicate claims. *Id.* ¶ 12.

For these reasons, requesting limited address information best balances Claimants' privacy interests with the ability to effectively administer the settlement. The updated Claim Form, attached as Exhibit A to the Amended Settlement Agreement, requires only a Claimant's street name and zip

code (unless the Claimant chooses to be paid by check, in which case the Claimant must provide their full address). This method will still allow EisnerAmper to validate claims because in most cases the combination of surname, street name, and ZIP code resolves to a single household, while omitting the street number, which identifies a specific residence and could pose greater privacy concerns. Schwartz Supp. Dec. ¶ 13.

This approach implicates payment options. *Id.* ¶ 15. Typically, a claimant whose digital payment cannot be delivered because the email address or mobile number supplied is incorrect is sent a paper check. *Id.* Without a complete address, that path is not available. *Id.* This approach also increases both the manual review required by the Settlement Administrator to validate claims and the risk of error where claimants share common names. *Id.* But EisnerAmper is prepared to administer the Settlement under this framework and will continue to work with Class Counsel on the operational details to best ensure that claimants receive payments if their selected form of digital payment fails. *Id.*

***Additional Payment Methods.*** The Claim Form has been updated to clarify that ACH payment is available in addition to the payment methods previously included on the Claim Form. *Id.* ¶ 16.

The Claim Form attached to both the original and Amended Settlement Agreements is the paper form available to Claimants who wish to print and mail their claim. The form omitted ACH payments because mailing ACH account information raises security concerns. However, EisnerAmper intended to include ACH as a payment option for Claimants who apply online (where the vast majority of claims are made). The updated paper Claim Form clarifies that the Claimant should submit a claim online if ACH is their preferred payment method. *See* Amended Settlement Agreement, Exhibit A. The Amended Settlement Agreement explicitly provides for each of the foregoing payment methods, in addition to paper check, Zelle, PayPal, Venmo, and Prepaid Digital Mastercard. *See* Amended Settlement Agreement, § 3.1.1 & Ex. A.

This set of payment methods represents the broadest set of feasible payment options and balances Claimant's privacy and safety concerns. Each payment option differs in what information a Claimant must disclose and where a record of the payment appears. For example, a paper check

requires a full mailing address and arrives in physical form at that address, while a prepaid digital Mastercard requires only an email address for delivery of the digital card and does not require the Claimant to provide their mailing address, nor even to have a bank account. These payment methods therefore accommodate Claimants in differing circumstances and provide a range of payment options. Schwartz Decl. ¶ 16.

***Cy Pres Award.*** The Amended Settlement Agreement tailors the *cy pres* award to more precisely benefit the class. After consultation with the Hotline, the Agreement requires that all *cy pres* funds will be used by the Hotline for a domestic violence awareness campaign in California high schools and colleges and to hire two additional advocates for the anticipated increase in California-based outreach. Amended Settlement Agreement §§ H, 3.2.14.6.

***Time for Objections.*** The Amended Settlement Agreement requires Plaintiffs' Counsel to submit their Motion for Attorneys' Fee and Expense Payment thirty-five (35) days before the Objection Deadline. Amended Settlement Agreement § 5.5.

Dated: September 17. 2026

By: /s/ *Bryan Weir*
Bryan Weir (Cal. Bar No. 310964)
Brandon Haase (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA, 22209
T: (703) 243-9423
F: (703) 243-8696
bryan@consovoymccarthy.com

Bradley Benbrook (Cal. Bar No. 177786)
Steve Duvernay (Cal. Bar No. 250957)
BENBROOK LAW GROUP, PC
701 University Avenue, Ste. 106
Sacramento, CA 95825
T: (916) 447-4900
F: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

/s/ *Tiffany Cheung*
Tiffany Cheung (Bar No. 211497)
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105
T: (415) 268-7000
F: (415) 268-7522
TCheung@mofo.com

*Counsel for Defendant Genesys Cloud Services, Inc.*

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: September 17, 2026

CONSOVOY MCCARTHY PLLC

By: /s/ *Bryan Weir*
Bryan Weir

*Attorney for Plaintiffs & the Proposed Class*