United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A. B., et al.,

Plaintiffs,

v.

GENESYS CLOUD SERVICES, INC.,

Defendant.

Case No. 25-cv-03276-EMC

**ORDER FOR SUPPLEMENTAL STATEMENT**

Docket No. 67

The Court has reviewed the parties' Joint Supplemental Brief addressing the issues identified at the August 27, 2026 hearing. It appears that all issues have been addressed and resolved, with one exception. The updated Claim Form, appearing as Exhibit A to the Settlement Agreement, indicates that both an email address and a phone number are required to file a claim. The Court understands that one or the other may be necessary for payment, but given the risks to class members previously discussed, would prefer to avoid requiring both, if possible.

The parties shall file a short statement by **September 28, 2026** explaining why both email address and phone number are required on the Claim Form. If it is not necessary to require both, the parties shall submit an updated Claim Form indicating that only one is required.

**IT IS SO ORDERED**.

Dated: September 23, 2026

EDWARD M. CHEN
United States District Judge