UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A. B., et al.,

Plaintiffs,

v.

GENESYS CLOUD SERVICES, INC.,

Defendant.

Case No. 25-cv-03276-EMC

**ORDER FOR SUPPLEMENTAL BRIEFING RE OBJECTION AND EXCLUSION PROCEDURE**

Docket No. 67

The updated Settlement Agreement provides that to file objections to the Settlement, Settlement Class Members must provide their name, mailing address, email address, and phone number. The Settlement Agreement also provides that for a Class Member to exclude themselves from the Settlement, they must provide their name, street name and zip code, email address, and phone number.

The parties shall file a statement by **October 8, 2026** explaining whether it is necessary to require a full mailing address and phone number for objections and a phone number for exclusions. If it is not necessary, the parties shall file an updated Settlement Agreement that does not require this information. The parties shall also address whether Class Members who object or exclude themselves will be contacted by the parties, and whether it is feasible to provide assurances that they will not be contacted without permission.

**IT IS SO ORDERED**.

Dated: October 5, 2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California