TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105, USA
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorney for Defendant
GENESYS CLOUD SERVICES, INC.

BRYAN WEIR (CA SBN 310964)
bryan@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: 703.243.9423
Facsimile: 703.243.8696

Attorney for Plaintiffs
PLAINTIFFS A.B., C.D., and E.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF A.B., PLAINTIFF C.D., AND PLAINTIFF E.F., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GENESYS CLOUD SERVICES, INC.,<br><br>Defendant. | Case No. 3:25-cv-03276-EMC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO SUBMIT SUPPLEMENTAL STATEMENT PURSUANT TO ECF NO. 83**<br><br>Judge: Edward M. Chen<br><br>Action Filed: April 11, 2025 |

The Court, having considered Plaintiff A.B., C.D., and E.F. and Defendant Genesys Cloud Services, Inc.'s (the "Parties") Joint Stipulation to Extend Time to Submit Supplemental Statement Pursuant to ECF No. 83 (ECF No. 85), and for good cause appearing, hereby GRANTS the stipulation. It is ORDERED that the Parties shall file a supplemental statement as outlined in ECF No. 83 on or before October 15, 2026.

Dated: _10/9/2026

Hon. Edward M. Chen
United States District Judge